A CERTIFIED TRUE COPY

DEC - 4 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -5 AM 11: 06

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 16 2006

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION

C-06-6281 CRB

(SEE ATTACHED SCHEDULE)

FILED
DEC 1 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CONDITIONAL TRANSFER ORDER (CTO-73) AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,678 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order comprise claims relating to: 1) the prescription drugs Bextra and/or Celebrex; and 2) the prescription drug Vioxx. These actions are already included in MDL-1699 previously centralized in the Northern District of California before the Honorable Charles R. Breyer. The Vioxx claims, however, appear to share questions of fact with actions in MDL-1657 previously centralized in the Eastern District of Louisiana.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

The claims in these actions relating to Bextra and/or Celebrex are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to the Northern District of California for continued inclusion in the centralized pretrial proceedings in MDL-1699.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof, and if any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC - 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

DEC 13 2006

[signature]
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

__ Fee_____
__ Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

## SCHEDULE CTO-73 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 06-6187 | Mattie Tripp, et al. v. Pfizer Inc., et al. | EDLA 06-10776 |
| CAN 3 06-6189 | Elmer Severson v. Pfizer Inc., et al. | EDLA 06-10777 |
| CAN 3 06-6191 | Jerry W. Byrd, Jr., et al. v. Pfizer Inc., et al. | EDLA 06-10778 |
| ✓CAN 3 06-6281 | Shirley Henson, et al. v. Pfizer Inc., et al. | EDLA 06-10779 |
| CAN 3 06-6359 | Charlotte Welch v. Merck & Co., Inc., et al. | EDLA 06-10780 |